# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **CATRINA DAWN CHAPMAN** | * | **CIVIL ACTION NO. 06-1020** |
| **VERSUS** | * | **JUDGE JAMES** |
| **ENTERGY SERVICES, INC.** | * | **MAGISTRATE JUDGE HAYES** |

## REPORT AND RECOMMENDATION

Before the undersigned Magistrate Judge, on reference from the District Court, is a Motion to Dismiss filed by defendant Entergy Services, Inc. (Doc. #4). The motion is unopposed. Plaintiff, Catrina Dawn Chapman ("Chapman"), filed a complaint against Entergy Services, Inc. ("Entergy Services") on June 16, 2006. However, Chapman later learned that she had misnamed Entergy Services as the defendant and that the proper defendant was Entergy Louisiana, LLC ("Entergy Louisiana"). As Entergy Services had not yet filed a responsive pleading or otherwise appeared, Chapman filed an amended complaint on July 13, 2006, naming Entergy Louisiana as the proper defendant and abandoning all allegations against Entergy Services. Thus, Chapman is no longer asserting any claims against Entergy Services upon which relief can be granted.

Therefore, **IT IS RECOMMENDED** that Entergy Services' Motion to Dismiss (Doc. #4) be **GRANTED** and the claims against Entergy Services be **DISMISSED** with prejudice.

Under the provisions of 28 U.S.C. §636(b)(1)(C) and FRCP Rule 72(b), the parties have **ten (10) business days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **ten (10) business days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of

filing. Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Monroe, Louisiana, this 16th day of October, 2006.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE