
RECEIVED
IN MONROE, LA


DEC 0 6 2006
MDY
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| CATRINA DAWN CHAPMAN | * | CIVIL ACTION NO. 06-1020 |
| VERSUS | * | JUDGE JAMES |
| ENTERGY SERVICES, INC. | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Entergy Services, Inc.'s Motion to Dismiss (Doc. #4) is hereby **GRANTED,** and the claims against Entergy Services, Inc. are **DISMISSED** with prejudice.

THUS DONE AND SIGNED this 5 day of December, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION