RECEIVED
IN MONROE, LA
JUN 2 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **CATRINA DAWN CHAPMAN** | * | **DOCKET NO. 06-1020** |
| **VERSUS** | * | **JUDGE JAMES** |
| **ENTERGY SERVICES, INC.** | * | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's claims against defendant, Entergy Louisiana, L.L.C., be, and they are hereby DISMISSED, WITH PREJUDICE.

THUS DONE AND SIGNED this 26 day of June ,2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION